# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF KENTUCKY

**United States of America**

v.     4:18-cr-15

**Charley Barber**
**Brian Keith Casebier**
**Dwight Fulkerson**
**Glendel Hardison**

## Verdict Form

**1.** Do you find beyond a reasonable doubt, based on the evidence in this case, that Charley Barber conspired to defraud the United States, specifically its agency, MSHA? If so, please mark "guilty" below. If not, please mark "not guilty."

GUILTY _____ NOT GUILTY __✓__

**2.** Do you find beyond a reasonable doubt, based on the evidence in this case, that Brian Keith Casebier conspired to defraud the United States, specifically its agency, MSHA? If so, please mark "guilty" below. If not, please mark "not guilty."

GUILTY _____ NOT GUILTY __✓__

**3.** Do you find beyond a reasonable doubt, based on the evidence in this case, that Dwight Fulkerson conspired to defraud the United States, specifically its agency, MSHA? If so, please mark "guilty" below. If not, please mark "not guilty."

GUILTY _____ NOT GUILTY __✓__

**4.** Do you find beyond a reasonable doubt, based on the evidence in this case, that Glendel Hardison conspired to defraud the United States, specifically its agency, MSHA? If so, please mark "guilty" below. If not, please mark "not guilty."

GUILTY _____ NOT GUILTY __✓__

FILED JS
JS DISTRICT COURT CLERK
WESTERN DISTRICT OF KY
21 NOV 17 PM 4:11

FOREPERSON'S SIGNATURE

__107__
FOREPERSON'S JUROR NUMBER

DATE __11/17/2021__

10

## III. JURY DELIBERATIONS

When you go back to the jury room, you will select one juror to act as your foreperson. The foreperson will preside over your deliberations and will serve as your spokesperson here in Court.

Please take these instructions to the jury room. When you have reached a unanimous agreement, the foreperson should complete the attached verdict form, write the date, and sign the verdict form on behalf of the jury.

Some of you may have taken notes during the trial. Any juror may use notes to refresh his or her memory of evidence presented at trial, but you should not rely on the notes as definitive fact or as evidence. Juror notes do not necessarily carry any greater weight than memory. And a juror's memory unaided by notes is just as significant as a juror's memory that is not. Jurors should not be influenced by another juror's notes.

Once you start deliberating, talk about the case only with other members of the jury—not with the security officer, or me, or anyone else. If you have any questions or messages, you must write them down on a piece of paper, sign them, and give them to the security officer. He will give them to me, and I will respond as soon as I can. I will have to talk to the lawyers about what you have asked, so it may take some time to get back to you. Any questions or messages normally should be sent to me through your foreperson. Do not ever write down or tell anyone outside the jury room how you stand on your votes. That should stay secret until you are finished.

It is your duty as jurors to consult with one another with a view to reaching an agreement, if you possibly can do so without going against your individual judgment. You must each decide this case for yourself, but only after you impartially consider the evidence with your fellow jurors. During your deliberations, if you become convinced your own view is wrong, do not hesitate to reexamine your views and change your opinion. But do not surrender your honest conviction regarding the weight or effect of the evidence solely because of the opinion of your fellow jurors, or merely so the group can finish and return a verdict.

Your verdict or answer to any question must be unanimous. All twelve members of the jury must agree on every answer to the questions and on the verdict.

If you decide that any of the Defendants are guilty, then it will be my job to decide what the appropriate punishment should be. You must not consider punishment in reaching your verdict—only whether the government has met its burden.

The verdict form below has been prepared for your convenience. You will take this form to the jury room and, when you have reached a verdict, fill it out according to the jury's decision. You will then tell the officer and return with your verdict to the courtroom. All twelve of you must unanimously agree on the verdict.

9